**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                          Case No: 17-18317-SMG
                                                                    Chapter   13
　　　VICTORIA CALIXTO

_____Debtor_____/

## MOTION TO REOPEN CHAPTER 13 CASE

　　　　　COMES NOW the Debtor, VICTORIA CALIXTO by and through the undersigned counsel and files this Motion to Reopen Chapter 13 Case and states as follows:

1.  This case was closed on September 28, 2022. (D.E. 52)

2.  The Court issued the Bankruptcy Discharge to the Debtor on June 1, 2022. (D.E. 48)

3.  The 3rd Amended Chapter 13 Plan was confirmed on April 30, 2018. (D.E. 38)

4.  The Confirmed Plan provided for the repayment of 100% of all allowed claims by the general unsecured creditors. (D.E. 35).

5.  The Chapter 13 Trustee filed a Final Report and Account on August 26, 2022. (D.E. 50)

6.  The Chapter 13 Trustee's Final Report and Account confirms that all allowed claims by the general unsecured creditors were paid in full.

7.  During the pendency of the Debtor's Chapter 13 bankruptcy case, she suffered a personal injury.

8.  On March 17, 2021 the Debtor slipped and fell while visiting Gulfstream Park in Hallandale Beach, Florida.

9.  On June 30, 2022, the Debtor filed a lawsuit against Gulfstream Park Racing Association, Inc. ("Gulfstream") for damages she suffered as a result of the slip and fall. (Case # CACE-22-009588; Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida).

10. Gulfstream filed a Motion for Final Summary Judgment in the personal injury lawsuit on October 19, 2022.

11. Gulfstream's Motion for Final Summary Judgment argues that the Debtor should be judicially estopped from pursuing the personal injury claim as the claim was not disclosed in her Chapter 13 Bankruptcy case.

12. The Debtor inadvertently failed to amend her bankruptcy schedules to disclose this personal injury claim.

13. None of the creditors were prejudiced by the Debtor's failure to disclose the personal injury claim as all allowed claims filed by the general unsecured creditors were paid in full in the

confirmed plan.

14. The Debtor would like to reopen the case to file amended bankruptcy schedules to disclose the existence of the personal injury claim.

   **WHEREFORE,** the Debtor, VICTORIA CALIXTO, respectfully request to this Court that this Motion to Reopen Chapter 13 Case be GRANTED.

<u>Local Rule 9011-4(B) Certification</u>

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).*

Respectfully submitted:

HECTOR HERNANDEZ & ASSOCIATES, P.A.
Attorney for Debtors
7480 SW 40th Street, Suite 420
Miami, FL 33155
Telephone: (305) 406-3424
Facsimile: (305) 406-3494
By: /s/ Hector Hernandez
        Hector Hernandez, Esq.
        Florida Bar No. 801771
        hector@hhalaw.com