**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                    Case No: 17-18317-SMG
                                                          Chapter   13

     VICTORIA CALIXTO

_____Debtor_____/

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON THE DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE

     **I HEREBY CERTIFY** that a true and correct copy of the above referenced Motion and

Notice of Hearing were served as follows: 1. by electronic mail on those set forth in the NEF to be

served electronically, and 2. By U.S. Mail on all creditors and interested parties on the attached

list this 15<u>TH</u> day of November, 2022.

                    HECTOR HERNANDEZ & ASSOCIATES, P.A.
                    Attorney for Debtor
                    7480 SW 40th Street, Suite 420
                    Miami, FL 33155
                    Telephone: (305) 406-3424
                    Facsimile: (305) 406-3494

                    By: /s/ Hector Hernandez_____
                         Hector Hernandez, Esq.
                         Florida Bar No. 801771
                         hector@hhalaw.com

Label Matrix for local noticing
113C-0
Case 17-18317-RBR
Southern District of Florida
Fort Lauderdale
Mon Oct 30 14:41:44 EDT 2017

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541-1021

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595-2322

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Ccs/bryant State Bank
Attn: Bankruptcy
Po Box 215
Bryant, SD 57221-0215

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

ER Solutions
P.O Box 9004
Renton, WA 98057-9004

First National Bank
Attn:  FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

First National Credit Card/Legacy
First National Credit Card
Po Box 5097
Sioux Falls, SD 57117-5097

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

First Svgs Bk-blaze
Po Box 5096
Sioux Falls, SD 57117-5096

Flagstar Bank
Attention: Bankruptcy Department
5151 Corporate Dr
Troy, MI 48098-2639

Homeward Residential
1525 S Beltline
Coppell, TX 75019-4913

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20809
Fountain City, CA 92728-0809

Hyundai Motor Finance
P.O. Box 660891
Dallas, TX 75266-0891

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mazda Amer Credit
Attn: Customer Assistance Center
Po Box 19734
Irvine, CA 92623-9734

Mercedes-Benz Financial
Po Box 685
Roanole, TX 76262-0685

Merrick Bank
10705 South Jordan Gateway, Suite 200
South Jordan, UT 84095-3977

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896-5064

Seterus, Inc.
Po Box 1047
450 American St
Hartford, CT 06143-1047

Hector Hernandez Esq.
6262 S.W. 40th Street Suite 3H
Miami, FL 33155-4882

Robin R Weiner
www.chl3weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

Victoria Calixto
124 NW 2nd Ave APT A
Hallandale, FL 33009-4114

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Procedures-Insolvency
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Edu Finance

End of Label Matrix
Mailable recipients     34
Bypassed recipients      1
Total                   35