IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

**VICTORIA CALIXTO,**

        Plaintiff,

vs.

**GULFSTREAM PARK RACING ASSOCIATION, INC,**

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, VICTORIA CALIXTO, by and through undersigned counsel and sues the Defendant, GULFSTREAM PARK RACING ASSOCIATION, INC, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, VICTORIA CALIXTO, at all times material and relevant hereto was a resident of the city of Hallandale, Broward County, Florida and is sui juris.

3. That the Defendant, GULFSTREAM PARK RACING ASSOCIATION, INC, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about March 17, 2021 the Plaintiff, VICTORIA CALIXTO, was lawfully on the premises of the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, located at 901 S. Federal Hwy, Hallandale Beach, Florida 33009 as a business invitee.

**EXHIBIT 1**

5. That on or about March 17, 2021 the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about March 17, 2021 the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff, VICTORIA CALIXTO slipped and fell on the slippery escalator which caused her to fall 30 feet over side of the elevator, causing the Plaintiff serious injury.

7. That the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, VICTORIA CALIXTO, of the existence of the dangerous condition.

8. That the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, failed to warn the Plaintiff, VICTORIA CALIXTO, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, VICTORIA CALIXTO, was known or reasonably foreseeable by the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, and the Plaintiff, VICTORIA CALIXTO, neither knew nor should have

EXHIBIT 1

known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, VICTORIA CALIXTO, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, the Plaintiff, VICTORIA CALIXTO, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, the Plaintiff, VICTORIA CALIXTO, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, GULFSTREAM PARK RACING ASSOCIATION,INC, and a trial by jury of all issues triable as a right by a jury.

DATED this 30th day of June, 2022.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email:  Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:am

**EXHIBIT 1**