UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Victoria Calixto ) | |
| ) | Case No. 17-18317-SMG |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____) | |

**GULFSTREAM PARK RACING ASSOCIATION, INC.'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE**

COMES NOW Interested Party, GULFSTREAM PARK RACING ASSOCIATION, INC. ("Gulfstream"), by and through its undersigned counsel, and files supplemental authority in support of its Response in Opposition to Debtor's Motion to Reopen Chapter 13 Case (ECF No. 59). Attached as Exhibit "A" is the Order in *In re: Diego N. Boneta and Deborah Ann Boneta*, Case No. 10-47134-PDR, ECF No. 132 (Bankr. S.D. Fla., July 13, 2021). Gulfstream directs the court's attention to pages five through seven (5-7) of the Order wherein Judge Russin denied the debtor's motion to reopen chapter 13 case because reopening would have no impact on the bankruptcy case and is therefore a futile exercise. Additionally, attached as Exhibit "B" is the opinion in *Henderson v. Franklin*, 782 Fed. Appx. 866 (11th Cir. 2019), an opinion from the 11th Circuit dealing with judicial estoppel which post-dated *Slater v. United States Steel Corp.*, 871 F. 3d 1174 (11th Cir. 2017). Gulfstream directs the court's attention to footnote number 1 on page 875 of the opinion wherein that court cited to *Burnes v. Pemco Aeroplex, Inc.*, 291 F. 3d 1282, 1288 (11th Cir. 2002) upholding judicial estoppel against a debtor who did not disclose his claim until after a dispositive motion was filed. The 11th Circuit Court of Appeals used the *Burnes* quote

1

that was also contained in Gulfstream's response in opposition to support discounting the debtor's tardy argument.

DATED: December 16, 2022.

        Respectfully submitted,

        WICKER SMITH O'HARA McCOY & FORD, P.A.
        515 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, FL 33301
        Main Tel. No.: (954) 847-4800
        Direct Dial Tel. No.: (954) 847-4874
        Facsimile No.: (954) 760-9353
        Email address: jcastro@wickersmith.com
        Florida Bar No.: 48721

        BY: /s/ Jennifer Castro

*Attorneys for Gulfstream Park Racing Association, Inc.*

        Natalie J. Kussart, Esquire
        SANDBERG PHOENIX
        600 Washington Avenue, 15th Floor
        St. Louis, MO 63101
        Main Tel. No.: (314) 231-3332
        Direct Dial Tel. No.: (314) 446-4255
        Facsimile No.: (314) 241-7604
        Email address: nkussart@sandbergphoenix.com
        Missouri Bar No.: 59622

        BY: /s/ /s/ Natalie J. Kussart

*Attorneys for Gulfstream Park Racing Association, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2022, a true and correct copy of Gulfstream Park Racing Association, Inc.'s Notice of Filing Supplemental Authority in Support of its Response in Opposition to Debtor's Motion to Reopen Chapter 13 Case was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case to:

| | |
|---|---|
| Hector Hernandez, Esq.<br>*Counsel for Debtor*<br>7480 S.W. 40th Street<br>Suite 420<br>Miami, FL 33155<br>hector@hhalaw.com | Robin R. Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355<br>robin@ch13weiner.com |
| Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | |